Jack GOLDTRAP, d/b/a Jack's Fruit Company, not incorporated,
Plaintiff-Appellee,

v.

Doyle CONNER, Commissioner of Agriculture of the State of Florida, et al., Defendants-Third Party Plaintiffs Appellants,

v.

GROWERS MARKETING SERVICE, INC., Third Party Defendant.

No. 75–1010.

United States Court of Appeals,
Fifth Circuit.

April 7, 1976.

Rehearing and Rehearing En Banc Denied May 10, 1976.

Robert A. Chastain, Gen. Counsel, State of Fla., Dept. of Agriculture & Consumer Services, Tallahassee, Fla., for Doyle Conner and others.

Britt Whitaker, Tampa, Fla., for Jack Goldtrap.

Robert L. Trohn, Lakeland, Fla., for Growers Marketing Service.

Before BROWN, Chief Judge, TUTTLE and GEE, Circuit Judges.

PER CURIAM:

This case, which has been much litigated in the Florida Courts, *Growers Marketing Service, Inc. v. Conner*, Fla. Dist.Ct.App., 1971, 249 So.2d 486; *Jack's Fruit Co. v. Growers Marketing Service, Inc.*, Fla., 1972, 261 So.2d 171, makes its second appearance in this Court, *Jack's Fruit Company v. Growers Marketing Service, Inc.*, 5 Cir., 1973, 488 F.2d 493. The arguments conclusively show that the District Court had no jurisdiction in this case and accordingly the judgment entered is vacated and the case remand-

---

* Of the Sixth Circuit, sitting by designation.

ed to the District Court with direction to dismiss for want of jurisdiction.[1]

VACATED and REMANDED with directions to dismiss.

---

1. With this decision falls the supersedeas bond given by the appellant as well as any other liabilities imposed by the decree now vacated.

